SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAKHBIR SINGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMILIO T. GONZALEZ, Director, United States ) <br> Citizenship and Immigration Services; ) <br> ) <br> Defendant. ) | No. C 07-0793 TEH <br><br> STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER |

The plaintiff, by and through his attorney of record, and defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to a 120-day extension of the case management conference, which is currently scheduled for May 14, 2007, based on the following:

(1)  The plaintiff is a native and citizen of India who was granted asylum in the United States on January 4, 2002.

(2)  The plaintiff filed an I-730 petition with the United States Citizenship and Immigration Services (USCIS) on July 17, 2003, to accord his son, Parminder Singh, asylee status pursuant to 8 U.S.C. § 1158(b)(3)(A).

(3)  The USCIS approved the I-730 petition on September 2, 2003, and forwarded the approved I-730 to the United States Embassy in New Delhi, India.

Stip. to Extend Time
C 07-0793 TEH

1  (4) On July 25, 2004, the United States Embassy in New Delhi referred the case back to
2  USCIS for consideration of the institution of revocation proceedings pursuant to 8 C.F.R. § 205.2.
3  (5) The plaintiff filed an action in this Court on February 7, seeking an order directing USCIS
4  to either issue a travel document to his son or issue a written denial.
5  (6) Within approximately the last two weeks, USCIS re-affirmed the plaintiff's I-730 and has
6  returned the matter to the United States Embassy in New Delhi.
7  (7) In order to allow sufficient time for the United States Embassy in New Delhi to re-evaluate
8  the case in light of USCIS' re-affirmation of the I-730 petition and, conceivably, to schedule an
9  interview and issue travel documents to plaintiff's son, the parties respectfully ask this Court to
10 extend the date of the case management conference in this case, currently scheduled for May 14,
11 2007, by 120 days.

13 Dated: May 7, 2007
                                          /s/
                                          EDWARD A. OLSEN
14                                        Assistant United States Attorney
                                          Attorney for Defendants

16
17 Dated: May 7, 2007
                                          /s/
                                          JONATHAN KAUFMAN
                                          Attorney for Plaintiff

## ORDER

21  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference
22 be continued to September 17, at 10:00 a.m., and the parties will file a joint case management
23 conference statement 7 days in advance of the re-scheduled Case Management Conference.

25 Dated: May  10 , 2007
                                          _____
                                          THELTON E. HENDERSON
26                                        United States District Court



Stip. to Extend Time
C 07-0793 TEH