1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12 LAKHBIR SINGH,                       )
                                        )  No. C 07-0793 TEH
13              Plaintiff,              )
                                        )
14        v.                            )  STIPULATION TO DISMISS AND
                                        )  [PROPOSED] ORDER
15 EMILIO T. GONZALEZ, Director, United )
   States Citizenship and Immigration Services, )
16                                      )
                Defendant.              )
17 _____ )

18     Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of

19 record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the

20 Defendant has issued the requested travel documents to Plaintiff's son.

21     Each of the parties shall bear their own costs and fees.

22 Date: September 7, 2007                    Respectfully submitted,

23                                            SCOTT N. SCHOOLS
                                             United States Attorney
24

25                                                    /s/
26                                            EDWARD A. OLSEN
                                             Assistant United States Attorney
27                                           Attorneys for Defendant

28

   Stipulation to Dismiss
   C07-0793 TEH

1

2 Date: September 7, 2007

/s/
JONATHAN KAUFMAN
Attorney for Plaintiff

3

4

**ORDER**

5

Pursuant to stipulation, IT IS SO ORDERED.

6

7

8 Date: 9/7/07

9

THELTON E. HENDERSON
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-0793 TEH                    2